**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, as subrogee of Fremont-Rideout Health Group, and FREMONT-RIDEOUT HEALTH GROUP,<br><br>            Plaintiffs,<br><br>   v.<br><br>CUMMINS, INC.,<br><br>            Defendants. | CASE NO. CV S-06-01243-FCD-EFB<br><br>**ORDER GRANTING MODIFICATION OF THE STATUS (PRE-TRIAL SCHEDULING) ORDER**<br><br>**"AS MODIFIED"** |

Having reviewed and consider the Joint Request and Stipulation for Modification of the Status (Pretrial Scheduling) Order, submitted jointly by Defendant Cummins, Inc. and Plaintiffs Travelers Indemnity Company of Illinois and Fremont-Rideout Health Group (collectively referred to as the "Parties") on April 27, 2007, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The Court's Status (Pretrial Scheduling) Order, issued on October 20, 2006, is hereby modified as follows:

(1) The current discovery deadline of May 1, 2007 is hereby extended sixty days, to June 29, 2007;

-1-

**ORDER GRANTING MODIFICATION OF THE STATUS (PRE-TRIAL SCHEDULING) ORDER**

(2) The current expert witness disclosure deadline of May 15, 2007 is hereby extended sixty days, to July 16, 2007; and

(3) The current deadline to disclose supplemental lists for expert witnesses of June 4, 2007, is hereby extended sixty days, to August 3, 2007.

In light of the extensions granted above conflicts now exist with the court's calendar and the remaining dates set in this action. Accordingly, the following additional dates are hereby RESET:

(1) All expert discovery shall completed no later than August 31, 2007;

(2) The last day in which to have dispositive motions heard shall be no later than November 9, 2007;

(3) The final pretrial conference is set for January 11, 2008 at 3:30 p.m.  The joint pretrial statement shall be filed no later than January 4, 2008; and

(4) The jury trial is set for March 11, 2008 at 9:00 a.m.

The parties are instructed that any further requests for modification shall be made in accordance with Local Rule 78-230.

**IT IS SO ORDERED.**

Dated: May 1, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING MODIFICATION OF THE STATUS (PRE-TRIAL SCHEDULING) ORDER**