STEPHEN J. VALEN (SBN: 150904)
VALERIE C. SHELTON (SBN: 181907)
**FILICE BROWN EASSA & McLEOD LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
CUMMINS INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, as subrogee of Fremont-Rideout Health Group, and FREMONT-RIDEOUT HEALTH GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>CUMMINS, INC.,<br><br>Defendants. | CASE NO. CV-06-01243-FCD-EFB<br><br>**JOINT STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

Pursuant to Local Rule 16-271, the parties by and through their respective attorneys, hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: July 17, 2007

/s/ Peter Sartin, Esq. (as authorized on July 17, 2007)           /s/ Valerie C. Shelton, Esq.

Peter A. T. Sartin                                                                 Stephen J. Valen
Attorney for Plaintiffs                                                          Valerie C. Shelton
Travelers Indemnity Company of Illinois                         Attorneys for Defendant
                                                                                              and Fremont-Rideout Health
                                                                                              Group Cummins, Inc.

IT IS SO ORDERED.

DATED: July 18, 2007                    _____
                                                            FRANK C. DAMRELL, JR.
                                                            UNITED STATES DISTRICT JUDGE

-1-

**JOINT STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271**

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131